GARY M. RESTAINO
United States Attorney
District of Arizona
MATTHEW D. DOYLE
Assistant U.S. Attorney
Arizona State Bar No. 036235
Two Renaissance Square
40 N. Central Ave., Ste. 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: Matthew.Doyle@usdoj.gov
Attorneys for Plaintiff

FILED \_\_\_ LODGED
RECEIVED \_\_\_ COPY

APR 0 4 2023

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

**REDACTED FOR PUBLIC DISCLOSURE**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>vs.<br><br>Duncan Zane Estrella,<br><br>    Defendant. | No. CR-23-00506-PHX-MTL (ESW)<br><br>**I N D I C T M E N T**<br><br>VIO: 8 U.S.C. §§ 1324(a)(1)(A)(ii) and (a)(1)(B)(ii)<br>(Transportation of an Illegal Alien)<br>Count 1 |

**THE GRAND JURY CHARGES:**

<u>**COUNT 1**</u>

On or about March 11, 2023, in the District of Arizona, the defendant, DUNCAN ZANE ESTRELLA, knowing and in reckless disregard of the fact that certain aliens, Cupertino De La Rosa-Mora and Adriana De La Rosa-Paredes, had come to, entered, and remained in the United States in violation of law, did knowingly transport and move said aliens within the United States by means of transportation and otherwise in furtherance of such violation of law.

In violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (a)(1)(B)(ii).

A TRUE BILL

/s/
FOREPERSON OF THE GRAND JURY
Date: April 4, 2023

GARY M. RESTAINO
United States Attorney
District of Arizona

/s/
MATTHEW D. DOYLE
Assistant U.S. Attorney